UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-120 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Michael R. Merz |
| vs. | |
| SHAUN MICHAEL MAWBY (2), | |
| Defendant. | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18)

This case is presently before the Court on the Report and Recommendation of the United States Magistrate Judge Michael R. Merz (Doc. 18), wherein the Magistrate Judge recommended the Defendant's plea of guilty to Count Three of the Indictment (Doc. 12) be accepted and that Defendant be found guilty as charged in such Count. The parties filed no objections to the Report and Recommendations of the Magistrate Judge, and the time for filing objections expired September 22, 2014.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendations (Doc. 18) of the United States Magistrate Judge should be and is hereby **ADOPTED** in part. Defendant is hereby adjudged **GUILTY** of Count Three of the Indictment. The Court defers acceptance of the proposed binding plea agreement, pending receipt of the Pre-Sentence Investigation Report.

**IT IS SO ORDERED.**

Date: 10/1/2014                                             _/s/Timothy S. Black_____
                                                            Timothy S. Black
                                                            United States District Judge